IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID J. VARGAS**, <br>       Plaintiff, <br>   v. <br> **CREDIT BUREAU OF NORTHERN CALIFORNIA COLLECTION SERVICES, INC.**, *et al.*, <br>       Defendants. | Case No. 14-cv-0467 YGR <br><br> **ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE** |

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers the above-styled civil action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for court-sponsored mediation, settlement conference, early neutral evaluation, or other ADR methods. Plaintiff and Defendants' counsel shall participate in a telephone conference, to be scheduled by the ADR Unit to occur as soon as possible but no later than **June 10, 2014**.

The parties need not submit written materials to the ADR Unit for the telephone conference, but counsel for all parties shall (1) discuss ADR options with their clients *before* the telephone conference, and (2) attend the conference prepared to discuss their respective clients' amenability to ADR processes and their prospects for settlement.

The ADR Unit will notify the parties of the date and time the telephone conference will be held. After the telephone conference, the ADR Unit will advise the Court of its recommendation for further ADR proceedings.

**IT IS SO ORDERED.**

Dated: May 29, 2014

                                                        **YVONNE GONZALEZ ROGERS**
                                                        **UNITED STATES DISTRICT COURT JUDGE**