**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **DAVID J. VARGAS**, <br><br>       **Plaintiff,** <br><br>       **v.** <br><br> **CREDIT BUREAU OF NORTHERN CALIFORNIA COLLECTION SERVICES, INC.**, *et al.*, <br><br>       **Defendants.** | **Case No. 14-cv-0467 YGR** <br><br> **ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands that the above-captioned case has settled. (Dkt. No. 35.) Accordingly, all pending motion, case management, and trial dates are **VACATED** and the pending motion to strike state-law claims (Dkt. No. 23) is **DENIED WITHOUT PREJUDICE**.

A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, September 12, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. At least five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

1   This Order terminates Dkt. No. 23.

2   **IT IS SO ORDERED**.

4   Date: July 22, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**United States District Court**
For the Northern District of California